1
2
3
4                                         CLOSED
5
6
7
8                  UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA
10
11  PAULA GRIFFITH,              )   CASE NO. 5:13-CV-00547-JGB-OP
                                 )
12              Plaintiff,       )
                                 )   **ORDER OF DISMISSAL**
13      vs.                      )
                                 )
14  MIDLAND CREDIT               )
    MANAGEMENT, INC.,            )
15                               )
                Defendant.       )
16                               )
                                 )
17                               )
                                 )
18                               )
                                 )
19

20

21      Having considered the parties' Stipulation of Dismissal, the above-entitled action
22  is hereby dismissed with prejudice.  Each party shall bear its own costs and expenses.
23      IT IS SO ORDERED.
24
25
    DATED: August 23, 2013
26
                                        _____
27                                      UNITED STATES DISTRICT JUDGE
28

                                        1